## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

JILL CARUSO,                    :

       Plaintiff,                              Case No. 3:11-cv-167

    -vs-                                     Magistrate Judge Michael R. Merz
                                      :

L & S REALTY, INC., et al.,

       Defendants.

## ORDER

On June 27, 2012, the Court notified the parties that it had been advised by Magistrate Judge Ovington that mediation had reached an impasse.   The Court ordered the parties to advise it by July 2, 2012, whether any of the remaining deadlines required adjustment and has received no notice.   Accordingly, the discovery cut-off remains set for September 3, 2012, and the summary judgment filing deadline for September 14, 2012.   Other dates, including the trial date remain set as before.

The Court also ordered the parties to file witness lists by July 2, 2012.   Plaintiff did so a week late and has failed to note whether any of her witnesses are designated as experts.   Defendants have filed no list at all.   If Defendants expect to call any witnesses at trial, they must forthwith move the Court for leave to file their list late.  If Plaintiff expects to elicit expert testimony from any of her witnesses, she must designate them as experts forthwith.

July 12, 2012.

                                                             s/ *Michael R. Merz*
                                                       United States Magistrate Judge