# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JILL CARUSO, :

      Plaintiff,                                    Case No. 3:11-cv-167

     -vs-                                        Magistrate Judge Michael R. Merz

                                              :

L & S REALTY, INC., et al.,

      Defendants.

## ORDER FOR EXPEDITED RESPONSE

This case is before the Court on Plaintiff's Second Motion to Compel Discovery (Doc. No. 21).

Two weeks ago, the Court found Plaintiff's prior Motion to Compel (Doc. No. 18) to be moot on the basis of defense counsel's representation that discovery was being furnished contemporaneously with the filing of Defendants' Response. Upon examination of Defendants' actual responses to discovery which are attached to the Second Motion to Compel, the Court finds that virtually no information has been furnished despite the expiration of nearly six months from service of the discovery. Furthermore. the discovery deadline passed on September 3, 2012.

Accordingly, it is hereby ORDERED that Defendants file their response to the Motion to Compel not later than September 20, 2012.

September 14, 2012.

                                                              s/ *Michael R. Merz*
                                                      United States Magistrate Judge